STATE OF NORTH CAROLINA v. JAMES CLEVELAND HALL

No. 7026SC128

(Filed 6 May 1970)

APPEAL by defendant from *Beal, S.J.,* 20 October 1969 Special Criminal Session of Superior Court held in MECKLENBURG County.

Defendant was charged in a bill of indictment, proper in form, with uttering a forged instrument in violation of G.S. 14-120. The defendant pleaded guilty to a violation of this statute. The judgment was imprisonment for a term of thirty months. From the imposition of the judgment, the defendant appealed to the Court of Appeals.

. *Attorney General Morgan and Staff Attorney Giles for the State.*

*William H. Scarborough for defendant appellant.*

MALLARD, C.J.

Defendant is and has been represented by privately employed counsel. The maximum punishment prescribed in the statute for a violation of G.S. 14-120 is imprisonment for ten years.

The defendant, after entering a written plea of guilty to a violation of G.S. 14-120, was questioned in open court by the judge. The judge, after making findings of fact, adjudged that the defendant's plea of guilty was entered freely, understandingly and voluntarily.

There are no assignments of error appearing in the record.

We have carefully examined the record proper and find no error therein.

No error.

MORRIS and VAUGHN, JJ., concur.